**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-7032**

---

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

    v.

WYAKETTA LATOYA WELCH,

         Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:11-cr-00064-RBS-TEM-2; 2:16-cv-00316-RBS)

---

Submitted: December 20, 2016     Decided: December 22, 2016

---

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Wyaketta Latoya Welch, Appellant Pro Se. Alyssa Kate Nichol, Elizabeth Marie Yusi, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wyaketta Latoya Welch seeks to appeal the district court's order directing her to show cause why her 28 U.S.C. § 2255 (2012) motion should not be dismissed as untimely. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Welch seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2